SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J KENNEY (CSBN 130238)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102
> Telephone: (415) 436-6857
> Facsimile: (415) 436-6748
> E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>2002 CHEVROLET SUBURBAN, VIN NO. 3GNEC16T42G220803,<br><br>    Defendant.<br><br>WILLIAM HACKNEY,<br><br>    Claimant. | C 03-1357 PJH<br><br>ORDER OF DISMISSAL |

UPON CONSIDERATION OF the notice filed on March 30, 2007 that the United States has complied with the February 22, 2007 Settlement Agreement, upon consideration of paragraph 9 of that Agreement and the entire record, it is by the Court on this  30th  day of  March , 2007,

ORDERED that the instant case be, and hereby is, DISMISSED.

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED